UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT HEEGER, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>          Defendant. | Case No. 18-cv-06399-JD<br><br>**ORDER DISMISSING CASE** |

On December 24, 2020, the Court dismissed plaintiffs' first amended complaint in its entirety for lack of Article III standing. Dkt. No. 97 at 9. Plaintiffs were given until January 21, 2021, to file an amended complaint. *Id*. at 15. An amended complaint was not filed by the deadline, and plaintiffs did not advise the Court that they intended to stand on the dismissed complaint and appeal.

Consequently, the case is dismissed under Federal Rule of Civil Procedure 41(b). Judgment will be entered for defendant.

**IT IS SO ORDERED.**

Dated: January 25, 2021

JAMES DONATO
United States District Judge