UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT HEEGER, et al.,<br>        Plaintiffs,<br>    v.<br>FACEBOOK, INC.,<br>        Defendant. | Case No. 18-cv-06399-JD<br><br>**JUDGMENT** |

On January 25, 2021, this case was dismissed under Federal Rule of Civil Procedure 41(b). Dkt. No. 98.  Pursuant to Rule 58, judgment is entered against plaintiffs.

**IT IS SO ORDERED.**

Dated: January 25, 2021

_____
JAMES DONATO
United States District Judge